# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cole Erickson,<br><br>   Plaintiff,<br><br>v.<br><br>Acute Care Surgical Specialists LLC, et al.,<br><br>   Defendants. | No. CV-17-01181-PHX-GMS<br><br>**ORDER** |
| IASIS Healthcare Corporation,<br><br>   Counterclaimant,<br><br>v.<br><br>Cole Erickson,<br><br>   Counterdefendant. | |

   Pending before the Court is Plaintiff's Motion to Remand (Doc. 16).  No objection having been filed and good cause appearing,

   **IT IS HEREBY ORDERED** granting the Motion.  The Clerk of Court is directed to remand this matter back to Maricopa County Superior Court and terminate this action.

   Dated this 25th day of May, 2017.

*/s/ G. Murray Snow*
Honorable G. Murray Snow
United States District Judge